

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
**(702) 388-6336**

1   DANIEL G. BOGDEN
    United States Attorney
2   SARAH E. GRISWOLD
    Assistant United States Attorney
3   333 Las Vegas Blvd. South, Suite 5000
    Las Vegas, Nevada 89101
4   (702) 388-6336
    Fax: (702) 388-6418
5



6

7                    **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

9

10  UNITED STATES OF AMERICA,                Case No. 2:12-mj-244-VCF

11                  v.

12  SUMMIT BUSINESS CONSULTANTS INC.,        **UNITED STATES' CORRECTED MOTION
    265 EAST WARM SPRINGS ROAD,              FOR THE LIMITED PRODUCTION AND
13  SUITE 107                                USE OF AFFIDAVIT IN SUPPORT OF
    LAS VEGAS, NV 89119                      SEARCH WARRANT**
14  ALSO DOING BUSINESS AS,
    INNER CIRCLE CORP, LLC.
15  SIERRA INVESTMENT GROUP, INC.,
    VALLEY BUSINESS DEVELOPMENT
16

17          THE UNITED STATES OF AMERICA, by and through Daniel G. Bogden, United States

18  Attorney, and Sarah E. Griswold, Assistant United States Attorney, hereby withdraws it January 30,

19  2015, motion for the limited production of the affidavit in support of search warrant in Case Number

20  2:12-mj-224-VCF.  The United States further moves the Court to permit production of the affidavit

21  in support of search warrant in Case Number 2:12-mj-244-VCF to the United States Probation

22  Office.

23          The United States requests permission to make this disclosure so that the Probation Office

24  may consider the information contained in the affidavit in preparing the Presentence Investigation

                                              1

1  Report of Joseph Guiliano in Case Number 2:14-cr-371-KJD-CWH.  The affidavit makes reference

2  to information regarding an on-going investigation, the disclosure of which might jeopardize the

3  investigation.  The government submits that the case and affidavit should therefore remain sealed

4  other than for the limited production to the United States Probation Office requested herein.

5      DATED this 2nd day of March, 2015.

6                              DANIEL G. BOGDEN
                              United States Attorney
7

8

9                              SARAH E. GRISWOLD
                              Assistant United States Attorney
10

11      IT IS SO ORDERED.

12

13      UNITED STATES MAGISTRATE JUDGE
14      DATED:    March 3, 2015
15

16

17

18

19

20

21

22

23

24