



## SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
**(702) 388-6336**



1  DANIEL G. BOGDEN
   United States Attorney
2  SARAH E. GRISWOLD
   Assistant United States Attorney
3  333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, Nevada  89101
4  (702) 388-6336
   Fax: (702) 388-6418



5

6

7

8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9

10  UNITED STATES OF AMERICA,                    Case No. 2:12-mj-244-VCF

11                          v.

12  SUMMIT BUSINESS CONSULTANTS INC.,            **UNITED STATES' MOTION**
    265 EAST WARM SPRINGS ROAD,                  **TO UNSEAL CASE**
13  SUITE 107,
    LAS VEGAS, NV 89119,
14  ALSO DOING BUSINESS AS
    INNER CIRCLE CORP, LLC,
15  SIERRA INVESTMENT GROUP, INC.,
    VALLEY BUSINESS DEVELOPMENT
16

17

18      THE UNITED STATES OF AMERICA, by and through Daniel G. Bogden, United States

19  Attorney, and Sarah E. Griswold, Assistant United States Attorney, hereby moves the Court to

20  unseal Case Number 2:12-mj-244-VCF, so that the United States may produce the search warrant

21  and supporting affidavit in Case Number 2:15-cr-174-KJD-PAL.

22      The search warrant and affidavit in this matter was sealed at the request of the United States

23  in order to protect an ongoing investigation. The warrant authorized a search of the business where

24  defendants  Michael  Jones,  Jason  Demko,  and  Michael  Guariglia  worked,  Case  No.

1

1   2:12-mj-244-VCF, for evidence of alleged violations of 18 U.S.C. §§ 1341 (mail fraud) and 1343

2   (wire fraud). The defendants have since been indicted on charges of wire fraud and conspiracy to

3   commit mail fraud and wire fraud in Case Number 2:15-cr-174-KJD-PAL. The United States

4   intends to use evidence it recovered during the execution of the search warrant in its case in chief

5   against the defendants.

6          The reason for sealing the search warrant and affidavit no longer exists. Further, the United

7   States has a duty to produce these materials in 2:15-cr-174-KJD-PAL. For these reasons, the United

8   States asks the Court to unseal case 2:12-mj-244-VCF so that the United States may produce the

9   search warrant and supporting affidavit.

10         DATED this 24th day of June, 2015.

11                                                          DANIEL G. BOGDEN
                                                            United States Attorney
12

13

14                                                          SARAH E. GRISWOLD
                                                            Assistant United States Attorney
15

16

17   IT IS SO ORDERED.

18

19   UNITED STATES MAGISTRATE JUDGE
     DATED: _____ 7-7-2015 _____
20

21

22

23

24

2